No. 03–9721. NGANG v. ASHCROFT, ATTORNEY GENERAL, ET AL. C. A. 11th Cir. Certiorari denied.

No. 03–9726. WELCH v. CAREY, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–9757. SENECA v. SCHRIRO, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 03–9774. WILLIAMS v. FARWELL, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–9815. AUSTIN v. UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA. C. A. 9th Cir. Certiorari denied.

No. 03–9816. MCINTOSH v. ILLINOIS. App. Ct. Ill., 5th Dist. Certiorari denied.

No. 03–9822. JUSTICE v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 03–9827. GARCIA-LOPEZ v. NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 03–9835. HERNANDEZ v. SMITH. C. A. 9th Cir. Certiorari denied.

No. 03–9837. ALLEY v. MAINE. Sup. Jud. Ct. Me. Certiorari denied.

No. 03–9846. FORCUM v. ILLINOIS. App. Ct. Ill., 5th Dist. Certiorari denied.

No. 03–9865. MUNDAY v. OFFICE OF PERSONNEL MANAGEMENT. C. A. Fed. Cir. Certiorari denied.

No. 03–9870. JENNINGS v. CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.